UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTT JOHNSON,<br>        Plaintiff,<br>   v.<br>JOHN J. CORTESE, et al.,<br>        Defendants. | Case No.  5:19-cv-02671-EJD<br><br>**ORDER TO SHOW CAUSE** |

On July 9, 2019, the Clerk entered default as to Defendant Izzet Yusuf Kufioglu.  Dkt. No. 12.  On December 9, 2019, the Clerk entered default as to Defendant John J. Cortese.  Dkt. No. 29.  Neither party has filed any documents with the Court since that date.

THE COURT hereby issues an ORDER TO SHOW CAUSE why Plaintiff's claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

If Plaintiff fails to file a written response to this order to show cause by September 25, 2020, the case shall be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated:  September 10, 2020

EDWARD J. DAVILA
United States District Judge

Case No.: 5:19-cv-02671-EJD
ORDER TO SHOW CAUSE