CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Faythe Gutierrez, Esq., SBN 310430
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
faytheg@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, <br><br> Plaintiff, <br><br> v. <br><br> **John J. Cortese;** **Izzet Yusuf Kufioglu;** and Does 1-10, <br><br> Defendants. | Case: 5:19-CV-02671-EJD <br><br> **Index of and Exhibits in Support of Plaintiff's Application for Default Judgment** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Default Judgment Exhibits                                      Case: 5:19-CV-02671-EJD

**TABLE OF EXHIBITS**

Exhibit 1 ......................... Declaration of Attorney Russell Handy and Billing Records

Exhibit 2 ........................................................................ Declaration of Scott Johnson

Exhibit 3 ...................................................... Declaration of Attorney Faythe Gutierrez

Exhibit 4 ............................................................................................................ Photos

Exhibit 5 ............................................................................................. Public Records

Exhibit 6 ............................................................................................ Pearl Declaration

Exhibit 7 ............................................................................................ Real Rate Report

Exhibit 8 ................................................................................... O'Connor Declaration