UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**,<br><br>    Plaintiff,<br><br>  v.<br><br>**John J. Cortese;**<br>**Izzet Yusuf Kufioglu;** and Does 1-10,<br><br>Defendants. | Case: 5:19-CV-02671-EJD<br><br>[proposed] **Judgment**<br>(re: Default Judgment) |

1

Upon review of the court files, the application for default judgment, the declarations submitted in support of the default judgment, and the evidence presented having been fully considered, it is hereby ordered and adjudged that plaintiff Samuel Love shall have JUDGMENT in his favor and against defendants John J. Cortese and Izzet Yusuf Kufioglu in the total amount of $12,725.00, which amount includes attorney's fees and costs.

Additionally, defendants John J. Cortese and Izzet Yusuf Kufioglu are ordered to provide wheelchair accessible parking space and wheelchair accessible sales counter at the Checkers Auto Repair & Gas located at 3495 McKee Rd., San Jose, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

Dated: _____    By:_____
United States District Judge

*Presented by*:
Russell Handy, Esq.
858-375-7385
russ@potterhandy.com
Attorney for Plaintiff