**EXHIBIT 4**

Johnson v. Cortese (5:19-CV-02671-EJD)



Johnson v. Cortese (5:19-CV-02671-EJD)



Johnson v. Cortese (5:19-CV-02671-EJD)



Johnson v. Cortese (5:19-CV-02671-EJD)



05/09/19 03:35 PM

05/09/19 03:36 PM

Johnson v. Cortese (5:19-CV-02671-EJD)



Johnson v. Cortese (5:19-CV-02671-EJD)



05/09/19 03:36 PM

05/09/19 03:36 PM

Johnson v. Cortese (5:19-CV-02671-EJD)



Johnson v. Cortese (5:19-CV-02671-EJD)



Johnson v. Cortese (5:19-CV-02671-EJD)



Johnson v. Cortese (5:19-CV-02671-EJD)



Johnson v. Cortese (5:19-CV-02671-EJD)



Johnson v. Cortese (5:19-CV-02671-EJD)



Johnson v. Cortese (5:19-CV-02671-EJD)



Johnson v. Cortese (5:19-CV-02671-EJD)



Johnson v. Cortese (5:19-CV-02671-EJD)



Johnson v. Cortese (5:19-CV-02671-EJD)



Johnson v. Cortese (5:19-CV-02671-EJD)



Johnson v. Cortese (5:19-CV-02671-EJD)



Johnson v. Cortese (5:19-CV-02671-EJD)